JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ARRIVE ENTERPRISES LLC, a Delaware Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>ARRIVE PROPERTY & VACATION MANAGEMENT a/k/a THE RESIDENCES OF ARRIVE and a/k/a THE ARRIVE PRIVATE RESIDENCES, BRIDGEONE PARTNERS, LLC, and DOES 1 to 10,<br><br>Defendants. | Case No. 2:20-CV-02220-DSF-RAO<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL**<br><br>The Honorable Dale S. Fischer |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, this action is hereby dismissed in its entirety as to all parties and all causes of action, with prejudice.  Each of the parties herein shall bear its own costs, expenses and attorneys' fees associated with this action.  Though dismissed, the Court retains jurisdiction to address any issues that may arise under the parties' agreement.

IT IS SO ORDERED.

DATED:  June 4, 2020

*/s/ Dale S. Fischer*
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE